**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| KENNETH BOWER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-119 (MTT) |
| | ) |
| AURORA LOAN SERVICES LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Several Defendants in this case have filed motions to dismiss. In reviewing the motions and the Plaintiff's pro-se Complaint, the Court is unable to determine the exact claims that the Plaintiff is attempting to assert. The Complaint is deficient because in it the Plaintiff has failed to set forth sufficient factual information to support his allegations and his legal theories are vague. Moreover, much of the Plaintiff's Complaint appears to be a copy of other complaints, perhaps class-action complaints,[1] filed in different courts. While this Court must construe pro se pleadings liberally, it need not re-write the Plaintiff's complaint in the face of a motion to dismiss. *See Holbrook v. Castle Key Ins. Co.*, 405 F. App'x 459, 460 n.2 (11th Cir. 2010).

Rather than dismiss the case, the Court will allow the Plaintiff one opportunity to file a rewritten Complaint which will provide a more definite statement of the factual and legal bases for his claims. The Plaintiff must file his rewritten complaint on or before

---

[1] In addition to grammatical irregularities suggestive of multiple plaintiffs, the Complaint refers to a "Representative Plaintiff." (Doc. 1, pg. 17).

July 15, 2011. The complaint should comply with Federal Rule of Civil Procedure 10(b) and should state, as clearly as possible, the factual and legal bases of his case and the remedies he seeks. The Court will defer ruling on all Motions to Dismiss until after July 15.

**SO ORDERED**, this the 1st day of July, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT