**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **KENNETH BOWER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:11-CV-119 (MTT)** |
| | ) | |
| **AURORA LOAN SERVICES LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>ORDER</u>

On July 1, 2011, this Court entered an Order (Doc. 31) in which it deferred ruling on the motions to dismiss filed by various Defendants and ordered the Plaintiff to file a rewritten complaint that stated as clearly as possible the factual and legal bases for the remedies he sought.  The Court gave the Plaintiff until July 15 to file his rewritten complaint, which deadline the Court extended to August 1.  As of the date of this order, the Plaintiff has neither filed a rewritten complaint nor asked for an extension. Therefore, pursuant to Fed. R. Civ. Pro. 41(b), the Court will **DISMISS** this case without prejudice due to the Plaintiff's failure to prosecute the case and his failure to follow the instructions of this Court.

**SO ORDERED**, this the 16th day of August, 2011.

<u>/s/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch